IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-ct-03284-M

DEBORAH NEWELL, as Administrator of the Estate of William Brandon Range,

Plaintiff,

v.

STEVEN TUBBS, in his individual capacity; *et al.*,

Defendants.

**ORDER**

THIS MATTER is before the Court on Defendants' Motion to Allow Excess Carrier to Attend Settlement Conference by Phone or Video. For good cause shown, the Motion is GRANTED.

It is therefore ordered that the representative for the excess carrier, Ronald Mazariegos, J.D., may attend the settlement conference via telephone or video conference.

SO ORDERED.

This the 28th day of October 2026.

KIMBERLY A. SWANK
United States Magistrate Judge